```
                    UNITED STATES DISTRICT COURT
                    NORTHERN DISTRICT OF GEORGIA
                          ATLANTA DIVISION
```

ERIC MOON, SR., and RUBY BANKS
as surviving parents and as
Administratrix of the estate
of Eric Moon, Jr.,

    Plaintiffs,           CIVIL ACTION

  v.                   NO. 1:13-CV-2396-CAP

OFFICER ERIC SHINHOLSTER, et
al.,

    Defendants.

## O R D E R

As a senior judge of the Northern District of Georgia, I decline assignment of this case. The clerk is directed not to substitute another case for this action.

SO ORDERED, this 8th day of August, 2013.

                              /s/ Charles A. Pannell, Jr.
                              CHARLES A. PANNELL, JR.
                              United States District Judge